UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
DIVISION 1

In re:
    Robbie D. Centeio
    Stephanie Centeio
        Debtor(s)

Case No. 10-27031-E-13-L

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

L.J. Loheit, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/01/2010.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,040.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,426.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$1,426.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $79.05 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$79.05** |

Attorney fees paid and disclosed by debtor:       $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Alex Medina s Insurance Agency | Unsecured | 2,867.13 | NA | NA | 0.00 | 0.00 |
| Amador Veterinary Services | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Unsecured | NA | 4,565.94 | 9,450.94 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 18,640.00 | 23,525.00 | 18,460.00 | 1,346.95 | 0.00 |
| AT T | Unsecured | 453.85 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 80.69 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 732.17 | 658.82 | 658.82 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,728.62 | NA | NA | 0.00 | 0.00 |
| Bradshaw Veterinary Clinic Inc | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| California Custom Granite Marble Inc | Unsecured | 28,101.20 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,030.70 | NA | NA | 0.00 | 0.00 |
| CD3 Inc | Secured | 70,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 165.87 | 228.31 | 228.31 | 0.00 | 0.00 |
| Chris Carol Davis | Secured | 70,000.00 | NA | NA | 0.00 | 0.00 |
| Discover Card | Unsecured | 1,978.53 | NA | NA | 0.00 | 0.00 |
| El Dorado Savings Bank | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| Farmers Insurance | Unsecured | 221.87 | NA | NA | 0.00 | 0.00 |
| First Financial Portfolio Management | Unsecured | 2,011.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 418.20 | 418.20 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | NA | 1,672.79 | 1,672.79 | 0.00 | 0.00 |
| Frank s Pool Service | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Fred s Mini Storage | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Gary McEnerney | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| Guy Reynolds | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada N A | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Jim Bergum D V M | Unsecured | 568.69 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF ALLAN R FRUMKIN | Unsecured | 10,200.00 | 10,200.00 | 10,200.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,325.95 | 1,408.78 | 1,408.78 | 0.00 | 0.00 |
| Mike Judy Turnbull | Secured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| PG&E | Unsecured | 1,336.17 | 2,470.84 | 2,470.84 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUICK CLICK LOANS LLC | Unsecured | 3,500.00 | 3,783.33 | 3,783.33 | 0.00 | 0.00 |
| Ron Bevier | Unsecured | 1,473.75 | NA | NA | 0.00 | 0.00 |
| Sandra Lampros | Secured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Sandra Lampros | Secured | 28,457.00 | NA | NA | 0.00 | 0.00 |
| Sandra Lampros | Secured | 28,457.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL DISTRIBUTIONS | Unsecured | 925.68 | 1,981.86 | 1,981.86 | 0.00 | 0.00 |
| SUTTER AMADOR HOSPITAL | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| The Grove Architect | Secured | 70,000.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Wildblue Communications | Unsecured | NA | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,460.00 | $1,346.95 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,460.00** | **$1,346.95** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,672.79 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,672.79** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,601.08** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $79.05 |
| Disbursements to Creditors | $1,346.95 |
| **TOTAL DISBURSEMENTS:** | **$1,426.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/20/2010   By: /s/ L.J. Loheit
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 2             Date Rcvd: Dec 20, 2010
Case: 10-27031                Form ID: pdf010          Total Noticed: 53


The following entities were noticed by first class mail on Dec 22, 2010.
db/jdb       +Robbie D. Centeio,    Stephanie Centeio,    163 Helgemo Rd,   Iron River, MI 49935-8425
aty          +Jason Borg,    9401 E Stockton Blvd #225,    Elk Grove, CA 95624-5052
aty          +LaJuan E. Wood,    1017 L Street #486,    Sacramento, CA 95814-3805
tr            Lawrence J. Loheit,    PO Box 1858,    Sacramento, CA 95812-1858
cr          ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    c/o James Hogan Jr.,
               PO Box 183853,    Arlington, TX  76096)
17298824    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Ameri Credit,    PO Box 183593,    Arlington TX 76096)
17401255    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Ameri Credit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
17298825     AT T,    Payment Center,    Sacramento CA 95887-0001
17298821     +Alex Medina s Insurance Agency,    1620 Oakland Road Ste 107,    San Jose CA 95131-2446
17298822     +Alyssa Milman White,    450 Newport Center Dr Suite 625,    Newport Beach CA 92660-7649
17298823     +Amador Veterinary Services,    Po Box 1417,    Sutter Creek CA 95685-1417
17298826     +Bank of America,    8959 Elk Grove Blvd,    Elk Grove CA 95624-1948
17298827     +Bradshaw Veterinary Clinic Inc,    9609 Bradshaw Road,    Elk Grove CA 95624-9490
17298830     +CD3 Inc,    PO Box 995,    Walnut Grove CA 95690-0995
17298859    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
               (address filed with court: Washington Mutual Bank,    Card Services,    PO Box 660433,
               Dallas TX 75266)
17298828     +California Custom Granite Marble Inc,    c o Alyssa M White Esq,
               450 Newport Center Drive Suite 625,    Newport Beach CA 92660-7649
17422026     +Chase Bank USA, N.A.,    PO Box 15145,    Wilmington DE 19850-5145
17298831      Chase Card Services,    PO Box 94014,    Palatine IL 60094-4014
17298832     +Chris Carol Davis,    Po Box 995,    Walnut Grove CA 95690-0995
17298833      Collection Company of America,    PO Box 439,    Norwell MA 02061-0439
17298835     +El Dorado Savings Bank,    PO Box 1208,    Placerville CA 95667-1208
17298836     +Farmers Insurance,    PO Box 894731,    Los Angeles CA 90189-4731
17298837     +First Financial Portfolio Management,    PO Box 7999,    Saint Cloud MN 56302-7999
17656766     +Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento CA 95812-2952
17298838     +Frank s Pool Service,    525 Highway 16,    Plymouth CA 95669-9795
17298839     +Fred s Mini Storage,    PO Box 1618,    Jackson CA 95642-1618
17298840     +Gary McEnerney,    Po Box 870,    Wilton CA 95693-0870
17298841     +Global Credit Collection Corp,    300 International Drive,    PMB 10015,
               Williamsville NY 14221-5781
17298842     +Guy Reynolds,    34 Summit Street Ste E,    Jackson CA 95642-2338
17298843     +HSBC Bank Nevada N A,    90 Christiana Road,    Churchman s Corporate Center,
               New Castle DE 19720-3118
17298844      HSBC Bank Nevada N A,    PO Box 60102,    City of Industry CA 91716-0102
17298845     +Hunt Henriques,    Attorneys at Law,    151 Bernal Road,    San Jose CA 95119-1306
17298846     +Jim Bergum D V M,    PO Box 37,    Herald CA 95638-0037
17298847     +Law Offices of Allan Frumkin,    5975 Horseshoe Bar Road,    Loomis CA 95650-9701
17298848     +Lee Hague,    Po Box 250,    Acton ME 04001-0250
17784808     +Lee Hague,    Allan R. Frumkin, Inc.,    5996 Horseshoe Bar Rd,    Loomis CA 95650-9701
17310194     +Midland Credit Management, Inc.,    8875 Aero Dr #200,    San Diego CA 92123-2255
17298849     +Mike Judy Turnbull,    Po Box 1050,    Wilton CA 95693-1050
17298850     +NCO Financial Systems Inc,    PO Box 15537,    Wilmington DE 19850-5537
17438422    ++PACIFIC GAS & ELECTRIC COMPANY,    PO BOX 8329,    STOCKTON CA 95208-0329
               (address filed with court: Pacific Gas and Electric Company,    Barbara Green,    Bankruptcy Unit,
               PO Box 8329,    Stockton CA 95208)
17298851      PG E,    PO Box 997300,    Sacramento CA 95899-7300
17643282      Pacific Bell Telephone Company,    James Grudus,    AT and T Inc.,    1 AT and T Way #3A218,
               Bedminster NJ 07921
17298852     +QuickClick Loans,    Po Box 5040,    Alpharetta GA 30023-5040
17298853     +Ron Bevier,    2749 Sunrise Blvd,    Rancho Cordova CA 95742-6226
17298854     +Sandra Lampros,    651 Riverlake Way,    Sacramento CA 95831-1122
17298855     +Sid Rosenberg,    725 30th Street 107,    Sacramento CA 95816-3842
17298856     +Sprint,    PO Box 7949,    Overland Park KS 66207-0949
17505996     +Sprint Nextel,    Sprint Nextel - Correspondence,    Attn: Bankruptcy Dept,    PO Box 7949,
               Overland Park KS 66207-0949
17298857     +Sutter Amador Hospital,    200 Mission Blvd,    Jackson CA 95642-2564
17298858     +The Grove Architect,    PO Box 995,    Walnut Grove CA 95690-0995
17298860     +Wildblue Communications,    Po Box 4427,    Englewood CO 80155-4427

The following entities were noticed by electronic transmission on Dec 21, 2010.
17298829     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2010 03:35:57      Capital One,    PO Box 54529,
               Oklahoma City OK 73154-1529
17298834      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2010 03:36:04      Discover Card,
               Discover Financial Services,    PO Box 30943,    Salt Lake City UT 84130-0943
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lee Hague
cr              Sandra Lampros
```

```
17458375*    +QuickClick Loans, LLC,    PO Box 5040,    Alpharetta GA 30023-5040
                                                                                          TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 22, 2010**                                **Signature:** *Joseph Speetjens*